# Third District Court of Appeal

## State of Florida

Opinion filed December 8, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1520
Lower Tribunal No. 19-8931

————————

**Lamar Mitchell**,
Appellant,

vs.

**Miami-Dade County**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Morgan & Morgan, and Brian J. Lee (Jacksonville), for appellant.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Daniel Frastai, Assistant County Attorney, for appellee.

Before FERNANDEZ, C.J., and SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.